## JOHNSON V. THE STATE.

(Decided Jan. 16, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. D. A. GREENE.

No counsel marked for the appellant. ALEXANDER M. GARBER, Attorney-General, for the State.

Affirmed. Opinion by DOWDELL, J.

TYSON, C. J., ANDERSON and MCCLELLAN, JJ., concur.

## JOHNSON V. THE STATE.

(Decided Dec. 13, 1908.)

APPEAL from Jackson Circuit Court.

Heard before Hon. W. W. HARALSON.

BILBRO & MOODY, for appellant. ALEXANDER M. GARBER, Attorney-General, for the State.

Affirmed. Opinion by MCCLELLAN, J.

All the justices concur.

## EX PARTE KING.

(Decided Dec. 19, 1907.)

Original petition in the Supreme Court.

FOSTER, SAMFORD & CARROL, for petitioner. ALEXANDER M. GARBER, Attorney-General for the State.

Per curiam. Rule denied.

## LEWIS V. WILSON.

(Decided Feb. 6, 1908.)

APPEAL from Talladega City Court.

Heard before Hon. G. K. MILLER.

WHITSON & DRYER, for appellant. BROWN, MCELDERRY & HARRISON, for appellee.

Reversed and remanded. Opinion by MCCLELLAN, J.

All the justices concur.